MACON, DUBLIN AND SAVANNAH RAILROAD CO. *v.* WRIGHT.

CANDLER, J. Had this case been on trial before a jury upon the evidence introduced at the hearing before the magistrate, it would have been error for the court to direct a verdict, as an issue of fact was formed. Therefore, under the rule laid down by this court in *Toole* v. *Edmondson,* 104 *Ga.* 784, the certiorari was properly dismissed on the ground that appeal to a jury

in the justice's court was the plaintiff's remedy. See also, in this connection, *Dotson* v. *Hawes*, 120 *Ga.* 369.

*Judgment affirmed. All the Justices concur.*

Argued March 10, — Decided March 27, 1905.

Certiorari.    Before Judge Cann.    Chatham superior court. December 10, 1904.

*Saussy & Saussy*, for plaintiff in error.
*Anton P. Wright*, contra.